[No. 40933-6-I.   Division One.   June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CRIST SAMUEL BASS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03185-9, Charles W. Mertel, J., entered June 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40987-5-I.   Division One.   June 1, 1998.]

*In the Matter of the Marriage of* TIM DELAUDER, *Appellant*, and CHARLENE DELAUDER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-03655-8, Harriett M. Cody, J., entered April 11, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 15526-9-III.   Division Three.   June 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSH A. SIVO, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-8-00317-2, Bart Vandegrift, J. Pro Tem., entered October 24, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[Nos. 15745-8-III; 16381-4-III.   Division Three.   June 2, 1998.]

TIM E. CONLEY, *Appellant*, v. DICK'S TOWING EAST, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Douglas County, No. 94-2-00241-1, Carol A. Wardell, J., entered April 3 and December 26, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.